JUNE 27, 1949.

*Per Curiam Decisions.*

No. 43. CENTRAL STATES COOPERATIVES, INC. *v.* WATSON BROS. TRANSPORTATION CO., INC. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the cause is remanded to that court for further consideration in the light of *National Mutual Ins. Co.* v. *Tidewater Transfer Co.,* 337 U. S. 582. *Thomas G. McBride* and *George E. Billett* for petitioner. *Julius L. Sherwin* and *Theodore R. Sherwin* for respondent.

No. 493. UNITED STATES GYPSUM CO. *v.* GLANDER, TAX COMMISSIONER. Appeal from the Supreme Court of Ohio. *Per Curiam:* The judgment of the Supreme Court of Ohio is vacated and the cause is remanded to that court in order to enable it to reexamine its decision in the light of *Wheeling Steel Corp.* v. *Glander,* 337 U. S. 562. MR. JUSTICE BLACK dissents. *Charles M. Price* and *Clarence D. Laylin* for appellant.

No. 494. UNITED STATES GYPSUM CO. *v.* GLANDER, TAX COMMISSIONER. Appeal from the Supreme Court of Ohio. *Per Curiam:* Judgment reversed. *Wheeling Steel Corp.* v. *Glander,* 337 U. S. 562. MR. JUSTICE BLACK dissents. *Charles M. Price* and *Clarence D. Laylin* for appellant.

No. 604. AJAX TRUCKING CO., INC. *v.* BROWNE ET AL., CONSTITUTING THE STATE TAX COMMISSION. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed. *Matson Navigation Co.* v. *State*